IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE JACOBS,<br>        Plaintiff,<br><br>        v.<br><br>SERGEANT DURKO,<br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 04-1941<br>)<br>)<br>) |

O R D E R

AND NOW, this 25th day of August 2005, after the plaintiff filed a civil rights complaint in the above-captioned case, and after a motion to dismiss the complaint was submitted by the defendant, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendants' motion to dismiss the complaint (Docket No. 7) is denied without prejudice.

/s/ Joy Flowers Conti
United States District Judge

cc:    Andre Jacobs
       125863
       Allegheny County Jail
       950 Second Avenue
       Pittsburgh, PA  15219

       Scott Bradley
       Office of the Attorney General
       564 Forbes Avenue
       6th Floor, Manor Complex
       Pittsburgh, PA  15219

       Honorable Robert C. Mitchell
       United States Magistrate Judge